```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
LUIS FERNANDEZ VARGAS,                          :
:
                          Plaintiff,   :   1:22-cv-9208-GHW
:
            -v -                                        :   ORDER
:
GAYLAND DESMOND AMAKER, *et al.*,               :
:
                         Defendants.  :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      In an October 31, 2022 order, the Court set the initial pretrial conference in this case for November 16, 2022 at 3:00 p.m. and directed the parties to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than November 9, 2022. Dkt. No. 7. The Court has not received the parties' submissions. The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than November 14, 2022.

      SO ORDERED.

Dated: November 10, 2022
       New York, New York

                                                    GREGORY H. WOODS
                                               United States District Judge