```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                    :

LUIS FERNANDEZ VARGAS,                :

                           Plaintiff,      :      1:22-cv-9208-GHW

              -v -                   :      <u>ORDER</u>

GAYLAND DESMOND AMAKER, *et al.*,  :

                       Defendant(s).  :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      On October 31, 2022, this Court issued an order directing counsel for Plaintiff to promptly file a notice of appearance in this case. Dkt. No. 6. Counsel for Defendant was directed to serve a copy of that order on counsel for Plaintiff. *Id.* Plaintiff's counsel's notice of appearance, however, has not been filed. Counsel for Plaintiff is accordingly directed to file a notice of appearance in this case no later than November 16, 2022, at 12:00 p.m. EST. Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service. That service must occur no later than November 15, 2022, at 12:00 p.m. EST.

      SO ORDERED.

Dated: November 14, 2022
       New York, New York

                                                                  _____
                                                                      GREGORY H. WOODS
                                                                   United States District Judge