USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
:
LUIS FERNANDEZ VARGAS, :
:
                         Plaintiff, : 1:22-cv-9208-GHW
:
      -v - : <u>ORDER</u>
:
GAYLAND DESMOND AMAKER, *et al.*, :
:
                       Defendants. :
:
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      As discussed at the December 20, 2022 conference, Defendants' motion for summary judgment must be filed and served no later than January 13, 2023. Plaintiff's opposition based on Federal Rule of Civil Procedure 56(d) must be filed and served no later than three weeks following the service of Defendants' motion; Defendants' Reply, if any, is due no later than one week following the filing and service of Plaintiff's Rule 56(d) opposition. The Court will invite additional substantive briefing on the merits of Defendants' motion if it chooses not to deny or delay the filing of that motion based on the parties' Rule 56(d) arguments.

      SO ORDERED.

Dated: December 20, 2022
       New York, New York

                                                      GREGORY H. WOODS
                                               United States District Judge